McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
1130 O Street
Fresno, CA 93721
Telephone: (559) 498-7440

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$14,779.00 IN U.S. CURRENCY,<br><br>Defendants. | 1:02-CV-06130 REC SMS<br><br>**CERTIFICATE OF REASONABLE CAUSE** |

Based on the facts set forth in the Complaint for Forfeiture In Rem, the Court enters this Certificate of Reasonable Cause, pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the arrest of the defendant currency.

DATED: 6/30/05                             /S/ROBERT E. COYLE
                                                              ROBERT E. COYLE
                                                              United States District Judge

1