1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | 1130 O Street
Fresno, CA 93721
4 | Telephone: (559) 498-7440

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

$14,779.00 IN U.S. CURRENCY,

Defendant.

1:02-CV-06130 REC SMS

**DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE**

This matter came on for hearing on June 27, 2005, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Kristi C. Kapetan appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The District Judge has ordered that plaintiff's motion for default judgment be granted. Based on the District Judge's Findings of Fact and Conclusions of Law and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The District Judge's Findings of Fact and Conclusions of Law are adopted herein;

2. Miguel Viverous and Pedro Sandoval are held in default;

3. A judgment by default is hereby entered against any right, title or interest in the defendant currency of Miguel Viverous and Pedro Sandoval;

4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of Miguel Viverous and Pedro Sandoval.

5. Based on the facts set forth in the Complaint for Forfeiture in Rem, there was reasonable cause for the arrest of the defendant currency and the Court will enter a Certificate of Reasonable Cause, pursuant to 28 U.S.C. § 2465.

6. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this <u>30</u> day of <u>June</u>, 2005.


   /S/ROBERT E. COYLE
ROBERT E. COYLE
United States District Judge